JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ProSource Discounts, Inc., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> Kipp K. Dye, an individual; Performance Solutions, LLC, a Massachusetts limited liability company; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:19-cv-00489-AB-JC <br><br> Hon. Andre Birotte Jr. <br><br><br> **[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> Complaint Filed:   January 22, 2019 |
| Performance Solutions, LLC, a Massachusetts limited liability company <br><br> Counter-Claimant, <br><br> v. <br><br> ProSource Discounts, Inc., a California corporation, <br><br> Counter-Defendant. | |

{05511350.1}

~~PROPOSED~~ ORDER

1  Plaintiff Prosource Discounts, Inc. ("Plaintiff" or "Prosource") and Defendant Kipp K. Dye and Defendant and Counterclaimant Performance Solutions, LLC ("Defendants") (collectively, the "Parties") have reached an agreement to resolve this case through a Confidential Settlement Agreement, and without trial, and have stipulated to entry of this Stipulated Order for Dismissal of Entire Action with Prejudice of all matters in dispute by the Parties in this action.

Having reviewed the Parties' Joint Stipulation for Dismissal of Entire Action with Prejudice, **IT IS ORDERED** that this action, and each and every claim set forth therein by the Parties, shall be dismissed with prejudice. Each party shall bear its own costs.

Dated:_August 19, 2020___          _____
                                    Honorable Andre Birotte, Jr.
                                    United States District Judge

{05511350.1}

~~PROPOSED~~ ORDER